Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Robert F. Shaffer, *pro hac vice*
robert.shaffer@finnegan.com
Anthony D. Del Monaco, *pro hac vice*
anthony.delmonaco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:    (202) 408-4000
Facsimile:    (202) 408-4400

Attorneys for Plaintiffs
CG TECHNOLOGY DEVELOPMENT, LLC,
INTERACTIVE GAMES LLC, AND
INTERACTIVE GAMES LIMITED

DURIE TANGRI LLP
TIMOTHY SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
RAGHAV KRISHNAPRIYAN (SBN 273411)
rkrishnapriyan@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
ZYNGA INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LLC, AND INTERACTIVE GAMES LIMITED,<br><br>            Plaintiffs and Counterclaim-Defendants,<br><br>  v.<br><br>ZYNGA, INC.,<br><br>            Defendant and Counterclaim-Plaintiff. | CASE NO. 3:17-cv-04354-RS<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

All responding Parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate as follows:

1. The Court has jurisdiction over the subject matter of this action and over the Parties;

2. All claims brought or raised by Plaintiffs CG Technology Development, LLC, Interactive Games LLC, and Interactive Games Limited (collectively, "Plaintiffs") against Defendant Zynga Inc. ("Zynga") in this action or any predecessor action, including without limitation Case No. 16-cv-00859, filed in the District of Nevada, are dismissed with prejudice;

3. Plaintiffs, on behalf of themselves and each of their predecessors, successors, assigns, affiliates, divisions, and subsidiaries hereby irrevocably and unconditionally covenant not to bring (or support or encourage a third party to bring) any lawsuit, claim, administrative action, demand, or action against Zynga or any of Zynga's current or future parents, subsidiaries, affiliates, divisions, distributors, direct suppliers, manufacturers, direct and downstream customers, divestitures, and/or acquired entities for any past, current, or future infringement (including direct, indirect, or willful infringement relating to any past, current, or future products) of U.S. Patent Nos. 6,899,628, 6,966,832, 6,979,267, 7,029,394, 7,534,169, 8,342,924, 9,111,417, and RE39,818 (collectively, the "Patents-in-Suit"), including any reissue, reexamination, *inter partes* review certificate, or certificate of correction of the Patents-in-Suit;

4. In exchange for the covenant recited in paragraph 3, Zynga agrees and the Parties stipulate to dismiss with prejudice the counterclaims in Defendant's Answer to Plaintiff's First Amended Complaint for Patent Infringement (ECF No. 74); and

5. Each Party will bear its own costs and attorneys' fees incurred in this action.

IT IS SO STIPULATED

DATED this 22nd of July, 2020.

|   |   |
|---|---|
| 1 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 2 |   |
| 3 | By: /s/ *Erik R. Puknys* |
| 4 |   |
| 5 | Attorneys for Plaintiffs CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LLC, AND INTERACTIVE GAMES LIMITED |

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP


By:/s/ *Erik R. Puknys*


Attorneys for Plaintiffs
CG TECHNOLOGY DEVELOPMENT, LLC,
INTERACTIVE GAMES LLC, AND
INTERACTIVE GAMES LIMITED


DURIE TANGRI LLP


By:/s/ Raghav Krishnapriyan
Raghav Krishnapriyan

Attorneys for Defendant
ZYNGA INC.

SIGNATURE ATTESTATION

Counsel for Plaintiffs hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Zynga.

Dated: July 22, 2020

                                               /s/ Erik R. Puknys
                                                Erik R. Puknys

ORDER

Pursuant to stipulation, **IT IS SO ORDERED,**

Dated: July 22, 2020

_____
The Honorable Richard Seeborg
United States District Judge
Northern District of California